IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

PASQUALE PETER GODUTO-03,

    Defendant.

CRIMINAL CASE NO.

1:11-cr-230-JEC-GGB

**ORDER**

This case is before the Court on defendant's Motion for Permission to Travel Outside the Northern District of Georgia [449]. Defendant requests that he be allowed to travel to Chicago, Illinois from June 25, 2013 through June 30, 2013 to attend his nephew's wedding and to Venezuela from June 30, 2013 through July 14, 2013 to meet the family of his fiancee.

Probation Officer Walt Cochran is supervising the defendant and he has advised the Court that it is the policy of the United States Probation Office not to allow travel for leisure purposes during the first 60 days of supervision. That policy notwithstanding, Officer Cochran was agreeable to the defendant traveling to Chicago, but thought that travel to Venezuela was ill-advised. The Court agrees with this recommendation.

It is hereby Ordered that defendant's Motion for Permission to

Travel Outside the Northern District of Georgia [449] is **DENIED** as to defendant's request to travel to Venezuela, but **GRANTED** as to defendant's request to travel to Chicago from June 25-30.

Defendant is instructed to contact his probation officer prior to travel to determine what types of contact the officer would like to be made while defendant is in Chicago.  As to any future travel requests, the defendant should first screen the request with his supervising probation officer.

SO ORDERED this 7th day of JUNE, 2013.


/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

2